**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 551 MAL 2018

            Respondent

       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court

            v.

LOUIS BUTLER,

            Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.